## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LAQUITA COOPER, individually and on behalf of all others similarly situated,**<br>Plaintiff, | **CIVIL ACTION** |
| **v.** | |
| **MONARCH RECOVER MANAGEMENT, INC., and**<br>**JOHN DOES 1-25,**<br>          Defendants. | **NO.  19-790** |

## O R D E R

**AND NOW**, this 16th day of May, 2019, it having been reported that the issues between

the parties in the above action have been settled and upon Order of the Court pursuant to the

provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, **IT IS**

**ORDERED** that the above action is **DISMISSED WITH PREJUDICE**, by agreement of

counsel, without costs.

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

**DuBOIS, JAN E., J.**